No. 284. A. M. BYERS CO. v. JAMISON, ADMINISTRATOR. C. A. 3d Cir. Certiorari denied. *Wm. A. Schnader* and *Samuel D. Slade* for petitioner.

No. 287. PEOPLE'S EDUCATIONAL CAMP SOCIETY, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *I. Herman Sher* and *Eugene Gressman* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *John B. Jones, Jr.*, for respondent.

No. 289. DOHERTY ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Raymond W. Bergan* and *Edward Davis* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 293. PASHA ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* and *Edward J. Calihan, Jr.,* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 297. BISCHOFF v. PERELES, GUARDIAN, ET AL. Supreme Court of Wisconsin. Certiorari denied. *Martin R. Paulsen* for petitioner. *Nathan Pereles, Jr., pro se,* for respondents.

No. 316. ALLIED CHEMICAL CORP. v. HAMPTON ROADS CARRIERS, INC. C. A. 4th Cir. Certiorari denied. *Henry N. Longley* for petitioner. *R. Arthur Jett* for respondent.